IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONTEXT DIRECTIONS LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>EAN HOLDINGS, LLC d/b/a ENTERPRISE RENT A CAR,<br><br>    *Defendant.* | Civil Action No. 4:22-cv-00577-ALM<br><br>JURY TRIAL DEMANDED |

## ORDER DISMISSING CASE

Before the Court is the Stipulated Motion to Dismiss (Dkt. #32) filed by Plaintiff Context Directions LLC and Defendant Ean Holdings, LLC d/b/a Enterprise Rent a Car. After reviewing the motion and the other pleadings on file, the Court finds that the motion should be granted.

It is therefore ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff are dismissed without prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 28th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE